APPEAL No. 79. EDMUND I. WALDMAN *v.* SHIPYARD MARINA, INC. Motion of plaintiff for leave to reargue denied. *Joseph C. Johnston, Jr.,* for plaintiff. *Harold E. Adams,* of *Higgins, Cavanagh & Cooney,* for defendant.

July 26, 1969.

M. P. No. 139. ROBERT E. TISDALE *v.* HAROLD LANGLOIS, *Warden.* Petition for writ of habeas corpus denied, papers transferred to Superior Court with direction to be given force and effect as if filed originally in that court; said court to hear and determine evidentiary facts on question of petitioner's right to discharge from custody. *Robert E. Tisdale,* pro se, petitioner. *Herbert F. DeSimone* Attorney General, *Donald Ryan,* Special Assistant Attorney General, for respondent.

APPEAL No. 18. J. GORDON DOUGLAS, JR. *v.* JOHN T. PRATT, JR., *et ux.* Motion of plaintiff for leave to reargue denied. *William R. Goldberg, Moore, Virgadamo, Boyle & Lynch, Salvatore L. Virgadamo,* for plaintiff. *Sheffield & Harvey, Richard B. Sheffield,* for defendants.

August 1, 1967.

APPEAL No. 106. MARTIN MALINOU, *Public Administrator v.* GORDON CAIRNS, RHODE ISLAND HOSPITAL TRUST COMPANY, *et al.* Motion of appellant for leave to reargue denied. *Martin Malinou,* for appellant. *Swan, Keeney & Jenckes, Henry M. Swan* and *Rae B. Condon,* of Counsel, for appellees.

APPEALS NOS. 178-179. EMILIO COSTANTINO *v.* COLUMBUS ORNAMENTAL IRON WORKS, INC. EMILIO A. COSTANTINO *v.* RICHARD W. COSTANTINO. Motion of plaintiff to dismiss appeal granted. *Abedon, Michaelson, Stanzler & Biener, Richard Skolnik,* for plaintiff. *Gunning & LaFazia, John McDonough,* for defendants.